UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KRISTIE JOHNSON, *et al.*,<br><br>              Plaintiffs,<br>  v.<br><br>BRANDI MONTS,<br><br>              Defendant. | CASE NO. 3:23-cv-05972-TMC<br><br>ORDER GRANTING APPLICATIONS TO PROCEED *IN FORMA PAUPERIS* |

Plaintiffs Kristie Johnson, RanayJah Jackson, and Ruby Jackson filed Applications to Proceed *In Forma Pauperis* ("IFP") in the above-entitled action. Dkts. 3, 4, 5. After careful consideration of the Applications, the governing law, and the balance of the record, the Court **ORDERS** as follows:

(1) Because Plaintiffs do not appear to have funds available to afford the $402.00 filing fee, Plaintiffs financially qualify for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiffs' IFP Applications (Dkts. 3, 4, 5) are **GRANTED**.

//

//

ORDER GRANTING APPLICATIONS TO PROCEED IN FORMA PAUPERIS - 1

(2) The Clerk of Court is directed to send a copy of this Order to Plaintiffs and to the Honorable Tiffany M. Cartwright.

Dated this 17th day of November, 2023.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING APPLICATIONS TO PROCEED IN FORMA PAUPERIS - 2